WADDELL, Administrator, *against* ELMENDORF,
Administratrix.

*Judgment ; presumption of payment, from lapse
of time.*

ACTION upon a judgment recovered in 1810. Defence,
presumption of payment by lapse of time.

The principal question in this case was, as to the na-
ture of the evidence by which this presumption might
be repelled. Sec. 46 of title 2, chap. 4, part 3 of the
Revised Statutes provides, that "the presumption of
payment shall apply to all judgments of a court of record
in this state rendered before the 3d day of April, 1821,
and to all such judgments rendered *before* this chapter
shall take effect as a law, in the same manner as such
presumption applies to sealed instruments."

Section 48 of the same title provides as to sealed in-
struments, that "after the expiration of twenty years
from the time a right of action shall accrue upon a
sealed instrument for the payment of money, such right
shall be presumed to have been extinguished by pay-
ment ; but such presumption may be repelled by proof
of payment of some part, or by proof of a written
acknowledgment of such right of action within that
period."

The question was, whether section 46 was intended to
refer to and adopt the rule of presumption applicable to
sealed instruments, which was in force immediately be-
fore the passing of the act, or the new rule prescribed
by section 48 of the same statute.

It was held, that the former was the true construction :
and the Supreme Court having so decided, the judgment
was affirmed.

(S. C., 12 Barb. 585 ; 10 N. Y. 170.)